IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRISTOL TOWNSHIP | : | CIVIL ACTION |
| SCHOOL DISTRICT | : | |
| | : | |
| v. | : | |
| | : | |
| Z.B., | : | |
| by and through his parents, K.B. and R.B. | : | NO. 15-4604 |

ORDER

AND NOW, this 14th day of January, 2016, upon consideration of defendant Z.B., by and through his parents, K.B. and R.B.'s motion for judgment on the administrative record (docket entry #12), plaintiff Bristol Township School District's motion for judgment on the administrative record (docket entry #13), and the parties' responses in opposition thereto, and for the reasons set forth in our Memorandum issued this day, it is hereby ORDERED that:

1. Defendant's motion for judgment on the administrative record (docket entry #12) is GRANTED;

2. Plaintiff's motion for judgment on the administrative record (docket entry #13) is DENIED;

3. The Hearing Officer's decision of May 18, 2015 is UPHELD;

4. Defendant shall FILE any motion for attorney's fees by noon on January 28, 2016, and plaintiff shall FILE any opposition thereto by noon on February 8, 2016; and

5. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:


_/s/ Stewart Dalzell, J.
Stewart Dalzell, J.